```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
SAMUEL I. RIVERA,                                              :
                                                               :
                        Plaintiff,                             :
                                                               :          19-cv-4630 (LJL)
        -v-                                                    :
                                                               :          ORDER
COMMISSIONER OF THE SOCIAL SECURITY                            :
ADMINISTRATION,                                                :
                                                               :
                        Defendant.                             :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2021

LEWIS J. LIMAN, United States District Judge:

On December 30, 2020, Magistrate Judge Moses issued a Report and Recommendation recommending that the Court grant Plaintiff's motion for judgment on the pleadings and remand the case to the ALJ for further proceedings. Dkt. No. 22. Magistrate Judge Moses advised the parties that they had fourteen days to file written objections to the Report and Recommendation, and no such objections have been filed.

In reviewing a Magistrate Judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties are given the opportunity to raise timely objections to the report and recommendation within fourteen days. *Id.* The Court reviews any portion of the report subject to an objection *de novo*; however, in the absence of any objection, the Court reviews the report and recommendation only for clear error. Fed. R. Civ. P. 72(b) Advisory Committee Notes; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018).

The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby ORDERS that the Report and Recommendation is ADOPTED in its

entirety and Plaintiff's motion for judgment on the pleadings is GRANTED.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: January 14, 2021
New York, New York

_____
LEWIS J. LIMAN
United States District Judge